UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| In re: | ) | Case No. 05-24110 |
|---|---|---|
| MARY KAY SZABO, | ) | Chapter 7 |
| Debtor. | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | **ORDER** |

The court heard the debtor's request for a hearing to show cause and for entry of a protective order against the State of Ohio Environmental Protective Agency and attorney Michael Scoliere (Ohio EPA) regarding actions alleged to have been taken in violation of the debtor's discharge and the Ohio EPA's response on October 20, 2016. (Docket 26, 29). For the reasons stated in open court and on the record at the hearing, the response is sustained and the debtor's request is denied.

IT IS SO ORDERED.

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge